IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2022 AUG -3 AM 11:30

__Towanda Faye Thompson__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__TD Bank__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Towanda Faye Thompson
Street Address: 1036 Haverford Circle
City and County: Columbia   Richland
State and Zip Code: SC   29203
Telephone Number: 803-729-1398
803-200-7934

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: TD Bank
Job or Title (if known):
Street Address: 151 Corley Mill Road
City and County: Columbia   Lexington
State and Zip Code: SC   29072
Telephone Number: 1-844-275-8347

Defendant No. 2

Name: Jennifer Boswell (or) McVey
Job or Title (if known): Payment Operations Manager-Lockbox
Street Address: 151 Corley Mill Road
City and County: Columbia   Lexington
State and Zip Code: SC   29072
Telephone Number: 803-996-7235 (or) 1-844-275-8347

Defendant No. 3

Name: Cha-La Hall
Job or Title (if known): Payment Operations Supervisor-Lockbox
Street Address: 151 Corley Mill Road
City and County: Columbia   Lexington
State and Zip Code: SC   29072
Telephone Number: 803-358-5402 (or) 1-844-275-8347

Defendant No. 4

Name: Matrice T. Holman
Job or Title (if known): Payment Operations Specialist

2

Defendant #5: Lawrence Butler
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operations Spec.

Defendant #6: Chery Salley
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operations Spec.

Defendant #7: Karol Long
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operations Spec.

Defendant #8: Kathy Wechter
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347 - Payment Operations Spec.

Defendant #9: Stephanie H. Riley
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347 - Payment Operations Spec.

Defendant #10: Trelvara L. Simmons
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347 - Payment Operations Spec.

Defendant #11: Deshaun Wright
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operations Spec.

Defendant #12: Ernestine Goodwin
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operation Specialist

Defendant #13: Kristie Harrell
151 Corley Mill Rd
Columbia, Lexington
SC 29072
1-844-275-8347
Payment Operations Group Manager.

|     |     |
| --- | --- |
| Street Address | 151 Corley Mill Road |
| City and County | Columbia    Lexington |
| State and Zip Code | SC    29072 |
| Telephone Number | 1-844-275-8347 |

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|     |     |
| --- | --- |
| Name | TD Bank |
| Street Address | 151 Corley Mill Road |
| City and County | Columbia    Lexington |
| State and Zip Code | SC    29072 |
| Telephone Number | 1-844-275-8347 |

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*: Retaliation

3

<u>Equality Act 2010 Bill in the US Congress)</u>

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) <u>October 7, 2021, February 2020 and 2019</u>

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

4

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☒ religion Jehovah Witness - because I don't celebrate holidays, take sides in political manners and I have a strong, honest work ethic.
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* - I suffer with asthma, high blood pressure, diabetes. I needed to take additional breaks for my breathing treatments and I also needed to be able to eat all my basic daily meals.

E. The facts of my case are as follows. Attach additional pages if needed.

See attachment

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

October/2021
November

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* May 20, 2022.

5

I started my career at TD Bank in 2003 as a Lockbox Associate and I gradually worked my way up to the Wholesale Lockbox Lead. While employed at TD Bank I was constantly subjected to religious discrimination, retaliation, disability discrimination and workplace harassment. I did report these instances of mistreatment to my management team and the human resources department, but my reports were ignored constantly.

I had also begun to have many health problems (high blood pressure, asthma and diabetes) because of the mistreatment I was forced to endure from my management team which I also reported to them and to human resources and they ignored my requests for help. I even requested o be transferred to a different position on several occasions. So, in my last few years at TD Bank I finally started seeking outside help from the EEOC and SC Labor and Licensing but still no one answered my cries for help.

On October 7, 2021, TD Bank ( Jennifer Boswell/McVey, Cha-La Hall and Kristie Harrell) wrongfully terminated me because they were not happy that had begun reporting religious discrimination, retaliation, disability discrimination and workplace harassment to outside agencies; so in retaliation they falsely accused me of displaying bad conduct by asking a question and in conjunction with my need to take breaks from my duties for breathing treatments that had already been approved under TD Bank Special Accommodation Policy. These discriminating acts has ruined my good work reputation, put me in a very deprived state and left me with many outstanding medical bills because of poor health and a great loss of self-esteem and much pain and suffering and I feel that TD Bank should pay for my salary plus bonuses to the tune of $1,516,000.00  that I would have earned if I would have still been employed as well as the great pain and suffering, they made me endure.

Since TD Bank uses several different forms of mistreatment, I will be addressing each of them separately in this complaint.

8/1/2022

Disability- "Americans with Disabilities Act of 1990"

In 2021 I was working for TD Bank under their Special Accommodations Policy. It was determined that I should begin taking additional breaks for my asthma treatments (respiratory illness). Instead of willingly working with me my management team made things difficult for me to take all the necessary breaks by keeping me overloaded with work; doing two positions at once along with other responsibilities, they refused to provide adequate workspace for me to comfortably perform my duties while the other employees were given adequate workspace and they didn't have as many duties as I did. I was eventually forced to work from several different desk in order to perform my job duties. They even continued with their mistreatment of me by putting a table right behind me which even lessened my ability to do my job and as a result other employees begin walking by bumping me, hitting my chair constantly which became a huge distraction keeping me from my duties and was very unnerving and upsetting causing my blood pressure to regularly be up. I talked with my manager before the desk was placed there and after, but she still ignored my concerns and even continued to allow the other employees to touch my person when I pacifically stressed it was very unwanted. No other employee was ever forced to endure unwanted touching such as I was.

I was also subjected to loud aerosol sprays that were a great danger to my health even after my managers were told about my asthma. My request to leave the area before the sprays were used were ignored by management and other employees and they knew I had already had one issue when previously exposed to those aerosol sprays; it caused an upper respiratory infection.

I constantly faced verbal mistreatment, bullying, intimidation, belittling for just doing my job by correcting employee errors, addressing department problems and this conduct further added to me having difficulty with my asthma and high blood pressure problems.

Finally, on October 7, 2021, TD Bank (Jennifer Boswell/McVey, Cha-La Hall and Kristie Harrell) wrongfully terminated me; falsely accused me of displaying bad conduct by asking a question and stating that I showed signs that I was visibly upset; shaking in conjunction with me just having done a breathing treatment that had already been approved under TD Bank Special Accommodation Policy. This discriminating act has ruined my good work reputation, put me in a very deprived state and left me with many outstanding medical bills because of poor health and a great loss of self-esteem and much pain and suffering and I feel that TD Bank should pay for my salary plus bonuses to the tune of $1,516,000.00 that I would have earned if I would have still been employed as well as for the great pain and suffering, they made me endure.

8/1/2022

## "Religious Discrimination"

As previously stated, I started my career at TD Bank in 2003 as a Lockbox Associate and during the time that I worked at TD Bank I was harassed, mistreated and ignored because of my religious beliefs. As one of Jehovah Witnesses, I believe as stated in the Bible at Hebrews13:18 we need "to conduct ourselves honestly in all things". This means that I would not falsely enter hours that employees didn't work, enter false punches in or out of our time and attendance system. I felt any wrong acts needed to be reported to Human Resources and that is what I did in 2009 and only led to a dramatic increase in the religious discrimination. They begin verbally abusing me constantly for reporting the wrongful actions of my co-workers. At times my supervisor/manager officially entered false hours for my co-workers themselves but since I was the proxy/backup on the system for my supervisor I would be forced to approve their time sheets even thought it was really my supervisor/manager's duty to finalize their time sheets. I was eventually removed from being a proxy and my management team refused to continue fully training me on the system. I believe they stopped my training because my work ethics made people uncomfortable because they wanted to keep reporting false information. They continued to give access to another Team/Lead (Ernestine Goodwin) who wasn't a Jehovah Witness but religious. If Ernestine reported the same issues as I did they were addressed and not allowed to continue.

If I spoke out about not being granted time off to attend my religious conventions; they would use an intimating tone with me; even telling me that I wasn't being cooperative, a good team player and I wasn't setting a good example for the team. My manger would invoke her position on me yelling how she was the manager and not me. They would go so far as to deny that they even approved my time off.

In the last two to three years, I was employed at TD Bank I continued to send many emails to Human Resources, upper management about the constant mistreatment with no relief. The verbal abuse got even worse with the employee overstepping my position by yelling at me not wanting to make corrections of their mistakes (insubordination); invading my person by standing over me bumping me you name it they did it. So, sometime in 2019 I reported this information to the EEOC. I feel these things went on because they knew as a Jehovah Witness, we are peaceful people who do our best to follow the principal Jesus Christ set in Matthew 5:39 "turning the other cheek". They wanted to provoke me and force me to stop reporting the incidents of discrimination so in February 2020 they wrongfully placed me on a paid suspension when they knew I did not do anything wrong, but another employee was the person who did. This act destroyed my work record that I worked so hard to establish and belittled me as a person taking my self-worth from me.



I was also constantly being reminded of the Christmas celebration whey my department hazardously kept up a Christmas tree all year instead of removing it after the holidays, even though they could see that there was not enough space for the tree my department

supervisor/manager still refused to take it down. I was made to participate in holiday activities after they were repeatedly told that it was against my religious beliefs to celebrate any holidays. They made it mandatory that everyone in the department participate as they thought this would bring us closer as a team. Also, during team meetings it was stressed that in order to be considered part of the team I had to celebrate birthday's especially the Lockbox supervisor (Cha-La Hall's birthday) as she stated she wasn't willing to recognized anyone who didn't celebrate her birthday as she was very big in holiday celebrations. Because I didn't celebrate birthdays, she (Cha-La Hall as well Jennifer Boswell/McVey) would falsely report production totals in favor of employees that they did like and they would refuse to acknowledge my work before the team, they also refused to train me completely on the Workware system used to manage production and many other department activities. I was blocked from transferring, being promoted out of the department because of my religious beliefs weren't favorable to everyone. So; because of their bias views I was falsely accused again in October 2021 and wrongfully terminated from my position at TD Bank.

This discriminating act has ruined my good work reputation, put me in a very deprived state and left me with a great loss of self-esteem and much pain and suffering and I feel that TD Bank should pay for my salary plus bonuses to the tune of $1,516,000.00 that I would have earned if I would have still been employed as well as for the great pain and suffering, they made me endure.

8/1/2022

## Discrimination by Retaliation

I worked at TD Bank for over 18 years, and I was constantly experiencing harassment, mistreatment and discrimination that needed to be reported to management, human resources and the EEOC. My managers would intensify their retaliation against me by overloading me with work making it virtually impossible for me to do my job well, which they knew was against TD Bank policy "not to hinder any employee from being able to perform their job duties". I was also retaliated against for reporting other workers threatening behavior and verbal abuse by being called into their offices many times where they belittled me, verbally harassed me and made me feel small(dumb); they really created a hostile work environment. In February 2020 they wrongfully placed me on a paid suspension when they knew I wasn't in the wrong and I didn't violate the Code of Conduct Policy. Although I was eventually allowed to return to work for a time the retaliation continued with me being faced with religious discrimination and discrimination because of my disabilities. I continued to report these acts to Human Resources, EEOC and Labor and Licensing. Finally, my managers Jennifer Boswell/McVey, Cha-La Hall and Kristie Hall) retaliated by wrongfully terminating me from my position at TD Bank on October 7, 2021.

This discriminating act has ruined my good work reputation, put me in a very deprived state and left me with a great loss of self-esteem and much pain and suffering and I feel that TD Bank should pay for my salary plus bonuses to the tune of $1,516,000.00 that I would have earned if I would have still been employed as well as for the great pain and suffering, they made me endure.

8/1/2022

In conclusion I really put forth a lot of my time, effort and energy into my position at TD Bank. I did everything that I possibly could to be pleasing to everyone, but they reject me and my efforts. I was truly discriminated against just because I was different and valued doing my job to the best of my ability. I lost everything that I put into the company my policies, my ideas, my created spreadsheets anything that I did while I was with the company, and nothing can replace what I lost. The pain and suffering and low self-esteem, poor health they have caused me deserves to be compensated by paying for my lost salary plus bonuses I would have been receiving to the tune of $1,516,000.00 so that they will see this is wrong and no one else should have to go through anything like this ever again.

Sincerely,

*Towanda Faye Thompson*

Towanda Faye Thompson

8/1/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was truly discriminated against just because I was different and valued doing my job to the best of my ability. I lost everything that I put into the company my policies, my ideas, my created spreadsheets anything that I did while I was with the company, and nothing can replace what I lost. The pain and suffering, low self-esteem, poor health they caused me is the reason I'm asking for relief in the amount of $1,516,000.00 what I would have received had I not been wrongfully terminated.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/01, 2022.

Signature of Plaintiff  *Towanda Faye Thompson*

Printed Name of Plaintiff  Towanda Faye Thompson

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____